

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| CRAIG ALLEN BURLESON, | § | No. 08-21-00188-CR |
| Appellant, | § | Appeal from the |
| v. | § | 361st District Court |
| THE STATE OF TEXAS, | § | of Brazos County, Texas |
| Appellee. | § | (TC# 19-02608-CRF-361) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JUNE, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.